IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-00695-REB-MJW

BALL METAL BEVERAGE CONTAINER CORP, a Colorado Corporation,

    Plaintiff,

v.

CML&J, LLC, a Connecticut limited liability company,

    Defendant.

## FINAL JUDGMENT

This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **Order Re: Defendant's Motion to Dismiss Pursuant to Fed. R. Civ. P 12(b)(2) and 12(b)(3)** [#23] entered by Judge Robert E. Blackburn on June 27, 2013, which order is incorporated herein by this reference.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That **Defendant CML&J's Motion To Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(3)** [#13] filed April 18, 2013, is **GRANTED IN PART** and **DENIED AS MOOT IN PART** as follows:

        a. That the motion to dismiss for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2) is **GRANTED**; and

        b. That the motion to dismiss for improper venue pursuant to Fed. R. Civ. P. 12(b)(3) is **DENIED AS MOOT**;

    2. That plaintiff's claims against defendant are **DISMISSED WITHOUT PREJUDICE**; and

3. That judgment without prejudice **IS ENTERED** in favor of defendant, CML&J, LLC, a Connecticut limited liability company, against plaintiff, Ball Metal Beverage Container Corp., a Colorado corporation, on all claims for relief and causes of action asserted in this action.

DATED at Denver, Colorado, this 28th day of June, 2013.

                              FOR THE COURT:

                              JEFFREY P. COLWELL, CLERK

                              By: s/Edward P. Butler
                                    Edward P. Butler
                                    Deputy Clerk